AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| AZAP FESLI <br><br> *Plaintiff(s)* <br> v. <br> HAYATI AUTO REPAIR, INC. and NAZIF CAMLICA <br><br> *Defendant(s)* | Civil Action No. 2:24-cv-03493-LDH-JMW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Defendant Hayati Auto Repair, Inc.: 925 Straight Path, West Babylon, New York 11707.
Defendant Nazif Camlica. 925 Straight Path, West Babylon, New York 11707.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Akin & Salaman PLLC
45 Broadway, Suite 1420
New York, NY 10006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 5/14/2024

*Laura Jakubowski*
*Signature of Clerk or Deputy Clerk*